■ KEVIN M. SURA, Appellant, v CHRISTOPHER DUNN, Individually and in His Capacity as President of Gates-Chili Volunteer Fire Department, Inc., et al., Respondents. (Appeal No. 1.) [769 NYS2d 766]—Appeal from an order of Supreme Court, Monroe County (Latham, J.), entered September 10, 2002, which granted defendants' motion for summary judgment and dismissed the complaint.

Court, Monroe County (Latham, J.), entered September 10, 2002, which granted summary judgment to defendants and dismissed the complaint.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court, Monroe County, Latham, J. Present—Pine, J.P., Wisner, Hurlbutt, Kehoe and Hayes, JJ.